1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11
JORGE TOVAR,

12
                                        Plaintiff,

vs.

13
STEPHEN CLINE,

14
                                        Defendant.

CASE NO. 07cv0023 BTM(PCL)

ORDER RE: ENTRY OF JUDGMENT

15

16        In an order filed on March 5, 2007, the Court dismissed this action without prejudice

17  for failure to state a claim and granted Plaintiff leave to file a First Amended Complaint within

18  45 days.  Subsequently, Plaintiff filed a motion to dismiss this action without prejudice.

19  Plaintiff's motion is **GRANTED**, and the Clerk is directed to enter final judgment **DISMISSING**

20  this action **WITHOUT PREJUDICE**.

21

22  **IT IS SO ORDERED.**

23

DATED:  May 1, 2007

24

25

Hon. Barry Ted Moskowitz
United States District Judge

26

27

28

1